# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-51019

---

United States of America,

*Plaintiff—Appellant,*

*versus*

Litsson Antonio Perez-Gallan,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:22-CR-427-1

_____

ORDER:

IT IS ORDERED that Appellant's opposed motion to stay further proceedings in this court pending a decision in 21-11001 *USA v. Rahimi* is DENIED, as the case was decided on February 2, 2023.

Don R. Willett
*United States Circuit Judge*