# United States Court of Appeals for the Fifth Circuit

---

No. 22-51019

---

United States of America,

*Plaintiff—Appellant*,

*versus*

Litsson Antonio Perez-Gallan,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:22-CR-427-1

---

ORDER:

IT IS ORDERED that Appellant's opposed renewed motion to stay further proceedings in this court pending a decision in 22-915 *United States v. Zackey Rahimi* is DENIED.

IT IS FURTHER ORDERED that Appellant's alternative motion to extend the time to file its brief to April 26, 2023, is GRANTED.

*/s/ Don R. Willett*

---

Don R. Willett
*United States Circuit Judge*