# In the
# United States Court of Appeals for the Fifth Circuit

_____

No. 22-51019

UNITED STATES OF AMERICA,
*Plaintiff-Appellant,*

v.

LITSSON ANTONIO PEREZ-GALLAN,
*Defendant-Appellee.*

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

_____

**Appellee's Unopposed Motion for Summary Affirmance in Lieu of Filing an Appellee's Brief**

_____

Litsson Antonio Perez-Gallan respectfully requests that this Court enter a summary affirmance in lieu of filing an Appellee's brief in this appeal. In support of this motion, Perez would show as follows:

The government charged Perez with one count of violating 18 U.S.C. § 922(g)(8). ROA.22. Perez moved to dismiss the indictment on grounds that § 922(g)(8) is facially unconstitutional and unconstitutional-as-applied to Perez. ROA.44-65. The district court

granted Perez's motion, finding § 922(g)(8) facially unconstitutional and dismissing the indictment. ROA.205-36.

The government appealed. ROA.241-42.

On appeal, the government argues both that Perez was not protected by the Second Amendment and that § 922(g)(8) is consistent with this nation's historical tradition of firearm regulation. As appellant concedes, Gov't. Br. at 4, the arguments appellant advances are foreclosed by this Court's recent opinion in *United States v. Rahimi*, 61 F.4th 443 (5th Cir. 2023), *pet for cert. filed*, No. 22-915 (Mar. 17, 2023).

For the above reasons, Perez requests the Court grant this motion for Summary Affirmance in Lieu of Filing an Appellee's Brief. Should this motion be denied, Perez respectfully requests an additional 30 days in which to file an Appellee's brief.

## Certificate of Compliance

Counsel for Perez has contacted counsel for the government, AUSA Charles Fowler, and has been advised that the government is not opposed to this Court entering judgment on the merits without the necessity of Perez filing an Appellee's brief on this settled issue.

Respectfully submitted.

s/ Shane O'Neal

                          SHANE O'NEAL
                          101 E. Avenue B
                          Alpine, Texas 79830
                          (713) 516-3505
                          shane@shaneoneallaw.com

                          *Attorney for Defendant-Appellant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of April 2023, I electronically filed this motion using the CM/ECF system which will send notification of such filing to Jaime Esparza, U.S. Attorney for the Western District of Texas (Attn: Assistant U.S. Attorney Joseph H. Gay Jr.), via electronic mail.

s/ Shane O'Neal
SHANE O'NEAL
*Attorney for Defendant-Appellant*

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

1. This document complies with the word limit of Fed R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 222 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Century Schoolbook.

s/ Shane O'Neal     rzs
SHANE O'NEAL
*Attorney for Defendant-Appellant*

Dated: April 27, 2023
